UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREGORY BELFIELD,                                : ECF
Individually and on Behalf of All Other Persons  : 07 Civ. 3920 (BSJ)
Similarly Situated,                              :
                                                 :
                    Plaintiffs,                  :
                                                 :
        -against-                                :
                                                 :
GUARD ALL SECURITY SERVICES, INC.,               :
GUARD-ALL MANAGEMENT SERVICES, INC.,:
ON GUARD SECURITY & INVESTIGATIONS,              :
INC., ON GUARD SECURITY SERVICES, INC.,          :
ROBERT ALBERTS, and                              :
JOHN DOES #1-10, Jointly and Severally,          :
                                                 :
                    Defendants.                  :
------------------------------------------------------------------X

## STIPULATION AND TOLLING AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff GREGORY BELFIELD, Individually, and on Behalf of All Other Persons Similarly Situated ("Plaintiff") and Defendants ON GUARD SECURITY & INVESTIGATIONS, INC., ON GUARD SECURITY SERVICES, INC., and ROBERT ALBERTS (together "On Gaurd Defendants"), through their undersigned attorneys, that the On Guard Defendants' time to answer, move, or otherwise respond to the Complaint in this matter shall be extended for 30 days from June 8, 2007 to and including July 8, 2007 and that the On Guard Defendants waive any defense based on lack of personal jurisdiction and/or improper or defective service of process.

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and the On Guard Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation And Tolling Agreement, that the statute of limitations period for alleged

violations of the Fair Labor Standard Act ("FLSA") set forth in the Complaint by individuals purporting to be similarly situated to Plaintiffs who may Opt-In to the collective action shall hereby be deemed tolled for the period of 30 days beginning , June 8, 2007 and ending July 8, 2007 (the Tolling Period") and that such Tolling Period will be extended until the date that an answer is filed by the On Guard Defendants, if it is not filed on or before July 8, 2007.

DATED: JUNE 6, 2007

_____
William C. Rand, Esq. (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425
Attorneys for Plaintiff

_____
Gregory Kuczinski, Esq. (GK 3191)
Kuczinski, Vila & Associates, LLP
220 White Plains Road
Tarrytown, New York
Tel. (914) 347-7333  Fax. (914) 347-7395
Attorneys for On Guard Defendants

SO ORDERED THIS
DAY OF        , 2007.

_____
U.S.D.J.