S ONE;5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREGORY BELFIELD,                                    :    ECF
Individually and on Behalf of All Other Persons      :    07 Civ. 3920 (BSJ)
Similarly Situated,                                  :
                                                     :
                    Plaintiffs,                      :
                                                     :
        -against-                                    :
                                                     :
GUARD ALL SECURITY SERVICES, INC.,                   :
GUARD-ALL MANAGEMENT SERVICES, INC.,:
ON GUARD SECURITY & INVESTIGATIONS,                  :
INC., ON GUARD SECURITY SERVICES, INC.,              :
ROBERT ALBERTS, and                                  :
JOHN DOES #1-10, Jointly and Severally,              :
                                                     :
                    Defendants.                      :
------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/07

### SECOND STIPULATION AND TOLLING AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff GREGORY BELFIELD, Individually, and on Behalf of All Other Persons Similarly Situated ("Plaintiff") and Defendants GUARD ALL SECURITY SERVICES, INC. and GUARD-ALL MANAGEMENT SERVICES, INC.,: (together "Guard All Defendants"), through their undersigned attorneys, that the Guard All Defendants' time to answer, move, or otherwise respond to the Complaint in this matter shall be extended for an additional 15 days from July 8, 2007 to and including July 23, 2007 and that the Guard All Defendants waive any defense based on lack of personal jurisdiction and/or improper or defective service of process.

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and the Guard All Defendants, through their undersigned attorneys who state that they have been authorized to enter this Second Stipulation And Tolling Agreement, that the statute of limitations period for

1



alleged violations of the Fair Labor Standard Act ("FLSA") set forth in the Complaint by individuals purporting to be similarly situated to Plaintiffs who may Opt-In to the collective action shall hereby be deemed tolled for the additional period of 15 days beginning July 8, 2007 and ending July 23, 2007 (the Tolling Period") and that such Tolling Period will be extended until the date that an answer is filed by the Guard All Defendants, if it is not filed on or before July 23, 2007.

DATED: JULY 3, 2007

*/s/ W.C.R.*

William C. Rand, Esq. (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425
Attorneys for Plaintiff

John R. McEntee, Esq. (JM 1028)
Law Offices of John R. McEntee
33-21 Francis Lewis Blvd.
Flushing, NY 11358
718-353-2250
Attorney for Defendants
Guard All Security Services, Inc. & Guard All Management Services, Inc.

SO ORDERED THIS
DAY OF _____, 2007
July 11, 2007                    _____
                                 U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOWSERVE CORPORATION, FLOWSERVE US INC., and FLOWSERVE INTERNATIONAL, INC., <br><br> Plaintiffs <br><br> v. <br><br> INGERSOLL-RAND COMPANY, <br><br> Defendant. | 07 CV 5592 (BSJ) <br><br> STIPULATION |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the Defendant's time to answer, move, or otherwise respond with regard to the complaint herein is hereby extended to July 27, 2007.

Dated: June 27, 2007
New York, New York

_____
William H. O'Brien (WO 5271)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

Counsel for Defendant
Ingersoll-Rand Company

_____
William J. O'Shaughnessy (WO 5256)
McCarter & English LLP
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Counsel for Plaintiffs
Flowserve Corporation, Flowserve US, Inc., and
Flowserve International, Inc.

SO ORDERED:

_____
U.S.D.J.

7/11/07