-------------------------------------------------------------X

**07 CV 3920 ECF**

Belfield v. Guard All Security Services Inc., et al.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

07 Civ. 3920 (BSJ)(THK)

-------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |
| ___ Inquest After Default/Damages Hearing | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        7/2/07

/s/ Barbara S. Jones
United States District Judge