UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREGORY BELFIELD, Individually, and on behalf
of All Other Persons Similarly Situated,

                                Plaintiffs,

                         -against-

RULE 26(a)
DEFENDANTS RESPONSE

07 Civ 3920
(Barbara Jones)
(Theodore H. Katz)

GUARD ALL SECURITY SERVICES, INC. ET.AL.
and JOHN DOES 1-10, Jointly and Severally,

                                Defendants.

-----------------------------------------------------------X

       The defendants, **ON GUARD SECURITY SERVICES & INVESTIGATIONS, INC., ON GUARD SECURITY SERVICES, INC., and ROBERT ALBERTS**, by their attorneys KUCZINSKI VILA & ASSOCIATES, LLP, as and for their Rule 26 (a) (1) Statement, sets forth as follows:

A.     The following are the names and addresses of persons with discoverable information and /or witnesses to the employment of plaintiff GREGORY BELFIELD:

- Robert Alberts, President
  149 West 36th Street, 2nd Floor
  New York, N.Y. 10018

- Robert Wittish, CPA
  646 Long Island Avenue
  Deer Park, NY 11729

- Omar Nelson, Field Supervisor
  149 West 36th Street, 2nd Floor
  New York, N.Y. 10018

B.  The following documents, attached hereto, are relevant to disputed facts in this case:

- Time Records for plaintiff, Gregory Belfield, showing all hours worked for the period of time employed by Defendants On Guard Security Services & Investigations, Inc., and/or On Guard Security Services, Inc., including July 1, 2006 through April 5, 2007, annexed hereto as Exhibit 1;

- Personnel folder for plaintiff, Gregory Belfield, containing application for employment with Defendants On Guard Security Services & Investigations, Inc., and/or On Guard Security Services, Inc., dated July 1, 2006, Absence and Tardiness Reports, memorandums and certification/qualification forms, annexed hereto as Exhibit 1.

C.  Defendants, **ON GUARD SECURITY SERVICES & INVESTIGATIONS, INC., ON GUARD SECURITY SERVICES, INC., and ROBERT ALBERTS**, does not have any insurance agreements which would be applicable to the instant action.

D.  Defendants, **ON GUARD SECURITY SERVICES & INVESTIGATIONS, INC., ON GUARD SECURITY SERVICES, INC., and ROBERT ALBERTS**, have not yet retained any experts with respect to this matter, however Defendants hereby reserve the rights to retain said experts.

The defendants will supplement the foregoing responses if and when additional information becomes available.

Dated: Tarrytown, New York
August 31, 2007

Yours, etc.,

By: /s/
GREGORY KUCZINSKI, ESQ (GK 3191)
KUCZINSKI VILA & ASSOCIATES, LLP
Attorneys for Defendants
**ON GUARD SECURITY SERVICES & INVESTIGATIONS, INC., ON GUARD SECURITY SERVICES, INC., and ROBERT ALBERTS**
220 White Plains Road
Tarrytown, New York 10591
(914) 347-7333

TO: WILLIAM C. RAND, Esq. (WR-7685)
Law Offices of William Coudert Rand
Attorney for Plaintiff
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425
(212) 599-7909 Fax

JEFFREY M. GOTTLIEB, ESQ. (JG- 7905)
Attorney for Plaintiff
Berger & Gottlieb
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795