EXHIBIT "1"

| All Checkbooks 06/01/06-12/31/07 | | ON GUARD SECURITY & INVESTIGATIONS, INC. Employee Check Record | | | | | | | | 7005A Page 1 |
|---|---|---|---|---|---|---|---|---|---|---|

| Check # | Date | Reg.Hrs. | O/T Hrs. | Wages | FICA | Fed W/H | St W/H | Local W/H | Oth. Ded. | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| **240 - BELFIELD, GREGORY** | | | | | | | | | | |
| 5008 | 07/06/06 | 40.00 | 0.00 | 550.00 | 42.08 | 58.27 | 19.53 | 12.44 | 0.60 | 417.08 |
| 5094 | 07/13/06 | 51.70 | 0.00 | 711.00 | 54.39 | 85.17 | 30.56 | 18.63 | 0.60 | 521.65 |
| 5179 | 07/20/06 | 40.00 | 0.00 | 550.00 | 42.07 | 58.27 | 19.53 | 12.44 | 0.60 | 417.09 |
| 5267 | 07/27/06 | 40.00 | 0.00 | 550.00 | 42.08 | 58.27 | 19.53 | 12.44 | 0.60 | 417.08 |
| 5357 | 08/03/06 | 37.00 | 0.00 | 508.75 | 38.92 | 52.08 | 16.99 | 10.92 | 0.60 | 389.24 |
| 5446 | 08/10/06 | 39.50 | 0.00 | 543.13 | 41.55 | 57.24 | 19.06 | 12.19 | 0.60 | 412.49 |
| 5532 | 08/17/06 | 40.00 | 0.00 | 550.00 | 42.07 | 58.27 | 19.53 | 12.44 | 0.60 | 417.09 |
| 5615 | 08/24/06 | 40.00 | 0.00 | 550.00 | 42.08 | 58.27 | 19.53 | 12.44 | 0.60 | 417.08 |
| 5703 | 08/31/06 | 34.00 | 0.00 | 467.50 | 35.76 | 45.89 | 14.55 | 9.39 | 0.60 | 361.31 |
| 5792 | 09/07/06 | 32.00 | 0.00 | 440.00 | 33.66 | 41.77 | 12.93 | 8.37 | 0.60 | 342.67 |
| 5881 | 09/14/06 | 40.00 | 4.00 | 632.50 | 48.39 | 70.64 | 25.19 | 15.57 | 0.60 | 472.11 |
| 5967 | 09/21/06 | 44.00 | 0.00 | 605.00 | 46.28 | 66.52 | 23.30 | 14.50 | 0.60 | 453.80 |
| 6053 | 09/28/06 | 45.00 | 0.00 | 618.75 | 47.33 | 68.58 | 24.24 | 15.03 | 0.60 | 462.97 |
| 6137 | 10/05/06 | 44.50 | 0.00 | 611.88 | 46.81 | 67.55 | 23.77 | 14.76 | 0.60 | 458.39 |
| 6229 | 10/12/06 | 44.00 | 0.00 | 605.00 | 46.28 | 66.52 | 23.30 | 14.50 | 0.60 | 453.80 |
| 6326 | 10/19/06 | 45.00 | 0.00 | 618.75 | 47.34 | 68.58 | 24.24 | 15.03 | 0.60 | 462.96 |
| 6426 | 10/26/06 | 45.00 | 0.00 | 618.75 | 47.33 | 68.58 | 24.24 | 15.03 | 0.60 | 462.97 |
| 6602 | 11/02/06 | 44.00 | 0.00 | 605.00 | 46.28 | 66.52 | 23.30 | 14.50 | 0.60 | 453.80 |
| 6611 | 11/09/06 | 40.00 | 0.00 | 550.00 | 42.08 | 58.27 | 19.53 | 12.44 | 0.60 | 417.08 |
| 6697 | 11/16/06 | 42.00 | 0.00 | 577.50 | 44.18 | 62.39 | 21.42 | 13.46 | 0.60 | 435.45 |
| 6790 | 11/23/06 | 40.00 | 1.50 | 580.95 | 44.44 | 62.91 | 21.66 | 13.59 | 0.60 | 437.75 |
| 6874 | 11/30/06 | 40.00 | 1.00 | 570.62 | 43.65 | 61.36 | 20.95 | 13.21 | 0.60 | 430.85 |
| 6957 | 12/07/06 | 40.00 | 0.00 | 550.00 | 42.08 | 58.27 | 19.53 | 12.44 | 0.60 | 417.08 |
| 7039 | 12/14/06 | 40.00 | 0.00 | 550.00 | 42.07 | 58.27 | 19.53 | 12.44 | 0.60 | 417.09 |
| 7120 | 12/21/06 | 39.50 | 0.00 | 543.13 | 41.55 | 57.24 | 19.06 | 12.19 | 0.60 | 412.49 |
| 7198 | 12/28/06 | 40.00 | 0.00 | 550.00 | 42.08 | 58.27 | 19.53 | 12.44 | 0.60 | 417.08 |
| YTD | 12/31/06 | 1,067.20 | 6.50 | 14,808.21 | 1,132.83 | 1,593.97 | 544.53 | 342.83 | 15.60 | 11,178.45 |
| 7277 | 01/04/07 | 38.00 | 0.00 | 522.50 | 39.97 | 53.74 | 17.80 | 11.43 | 0.60 | 398.96 |
| 7354 | 01/11/07 | 24.00 | 0.00 | 330.00 | 25.25 | 24.87 | 7.18 | 4.75 | 0.60 | 267.35 |
| 7429 | 01/18/07 | 18.00 | 0.00 | 247.50 | 18.93 | 13.12 | 3.77 | 2.51 | 0.60 | 208.57 |
| 7506 | 01/25/07 | 40.00 | 0.50 | 560.32 | 42.86 | 59.41 | 20.24 | 12.83 | 0.60 | 424.38 |
| 7584 | 02/01/07 | 40.00 | 3.50 | 622.19 | 47.60 | 68.69 | 24.48 | 15.17 | 0.60 | 465.65 |
| 7661 | 02/08/07 | 40.00 | 2.00 | 591.25 | 45.23 | 64.05 | 22.36 | 13.97 | 0.60 | 445.04 |
| 7736 | 02/15/07 | 40.00 | 3.50 | 622.19 | 47.60 | 68.69 | 24.48 | 15.17 | 0.60 | 465.65 |
| 7811 | 02/22/07 | 33.00 | 0.00 | 453.75 | 34.71 | 43.43 | 13.74 | 8.88 | 0.60 | 352.39 |
| 7886 | 03/01/07 | 40.00 | 2.00 | 591.25 | 45.23 | 64.05 | 22.36 | 13.97 | 0.60 | 445.04 |
| 7961 | 03/08/07 | 39.00 | 0.00 | 536.25 | 41.03 | 55.80 | 18.61 | 11.93 | 0.60 | 408.28 |
| 8036 | 03/15/07 | 33.00 | 0.00 | 453.75 | 34.71 | 43.43 | 13.74 | 8.88 | 0.60 | 352.39 |
| 8109 | 03/22/07 | 40.00 | 4.00 | 632.50 | 48.38 | 70.24 | 25.19 | 15.57 | 0.60 | 472.52 |
| 8186 | 03/29/07 | 40.00 | 6.75 | 689.22 | 52.73 | 78.75 | 29.07 | 17.78 | 0.60 | 510.29 |
| YTD | 12/31/07 | 465.00 | 22.25 | 6,852.67 | 524.23 | 708.27 | 243.02 | 152.84 | 7.80 | 5,216.51 |

| All Checkbooks | ON GUARD SECURITY SERVICES, INC | 7010 |
|---|---|---|
| 07/01/06-12/31/07 | **Employee Check Record** | Page 2 |

**Company Totals**

|  | January | February | March | QTD |
|---|---|---|---|---|
| Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Wages | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Federal W/H | 0.00 | 0.00 | 0.00 | 0.00 |
| State W/H | 0.00 | 0.00 | 0.00 | 0.00 |
| Local W/H | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Deductions | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Pay | 0.00 | 0.00 | 0.00 | 0.00 |

|  | April | May | June | QTD |
|---|---|---|---|---|
| Regular Hours | 8.00 | 0.00 | 0.00 | 8.00 |
| Wages | 110.00 | 0.00 | 0.00 | 110.00 |
| FICA | 8.42 | 0.00 | 0.00 | 8.42 |
| Federal W/H | 0.00 | 0.00 | 0.00 | 0.00 |
| State W/H | 0.00 | 0.00 | 0.00 | 0.00 |
| Local W/H | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Deductions | 0.55 | 0.00 | 0.00 | 0.55 |
| Net Pay | 101.03 | 0.00 | 0.00 | 101.03 |

|  | July | August | September | QTD |
|---|---|---|---|---|
| Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 |
| Wages | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Federal W/H | 0.00 | 0.00 | 0.00 | 0.00 |
| State W/H | 0.00 | 0.00 | 0.00 | 0.00 |
| Local W/H | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Deductions | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Pay | 0.00 | 0.00 | 0.00 | 0.00 |

|  | October | November | December | QTD | YTD |
|---|---|---|---|---|---|
| Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| Wages | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 |
| FICA | 0.00 | 0.00 | 0.00 | 0.00 | 8.42 |
| Federal W/H | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| State W/H | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local W/H | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Deductions | 0.00 | 0.00 | 0.00 | 0.00 | 0.55 |
| Net Pay | 0.00 | 0.00 | 0.00 | 0.00 | 101.03 |

| All Checkbooks 07/01/06-12/31/07 | | | ON GUARD SECURITY SERVICES, INC Employee Check Record | | | | | | | 7010 Page 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Check # | Date | Reg.Hrs. | Wages | FICA | Fed W/H | St W/H | Local W/H | Oth. Ded. | Net Pay | |
| **240 - BELFIELD, GREGORY** | | | | | | | | | | |
| 3405 | 04/05/07 | 8.00 | 110.00 | 8.42 | 0.00 | 0.00 | 0.00 | 0.55 | 101.03 | |
| YTD | 12/31/07 | 8.00 | 110.00 | 8.42 | 0.00 | 0.00 | 0.00 | 0.55 | 101.03 | |