EXHIBIT "2"

# ON GUARD SECURITY SERVICES

**149 WEST 36TH STREET 2ND FLOOR   NEW YORK, NEW YORK 10018**
**TEL. (212) 921-0073          FAX. (212) 244-5898**

## APPLICATION FOR EMPLOYMENT

DATE     _7-1-06_

**PERSONAL INFORMATION:**

SOCIAL SECURITY # _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_ UNIQUE I.D. # _1000 360 1960_

LAST NAME _Bethels_          FIRST NAME _Gregory_     MIDDLE_____

PRESENT ADDRESS _19 Spruce Lane    Amityville    NY_
                        Street                    City              State      Zip Code

TELEPHONE NUMBER _646-266-1640_

DATE OF BIRTH _10-14-55_     HEIGHT _6'_ WEIGHT_____

HAIR COLOR_ Blk_          EYE COLOR_ Brn._

MARITAL STATUS_____NUMBER OF CHILDREN_____

RELATIVES EMPLOYED BY GUARD ALL _____NAME_____

Citizen of USA    Yes_✓___No_____If no do you have a green card? Yes_____No_____
                        Green Card #_____Where issued?_____

Referred by_____

**EMPLOYMENT DESIRED**

Position _FSD_____Date Available_____Salary Desired_____

Presently Employed? Yes_✓__No____ If so, may we inquire of your present employer?____

Ever applied to this company before? Yes_____No_✓_ If Yes When?_____

**Gregory K. Belfield**
**19 Spruce Road**
**Amityville, NY**
**(646) 206-1648**


Dear Sir or Madam:

In the interest of pursuing employment with your organization, I have taken the liberty of enclosing my resume and the job description of my current position for your review and consideration. This material will furnish you with the specific details related to my overall background and capabilities.

My ability to work hard creatively with people can enable me to make a significant contribution to your organization. I would appreciate the opportunity to interview with you for the position. At such time you can appraise my abilities and my eagerness to take on challenges.

Please do not hesitate to contact me at the above number. Thank you for your time and consideration.

Sincerely,


**Gregory K. Belfield**

19 Spruce rd. Amityville          (646) 206-1648

# Gregory K. Belfield

**Objective**          A challenging career as a Security Officer/ Fire Safety Director

**Experience**          2003-present          T&M Protection Resource          Manhattan, NY
**Cooperate Security Officer**
- Provide building security for office personnel and property.
- Monitor fire command station.
- Assist in fire drill evacuations.
- Alarm box runner.

2001-2003          F.J.C. Security Co. inc,          Manhattan, NY
**Institutional Officer Security Officer**
- Maintain the order of the residence of the facility.
- Fire Brigade member
- Alarm box runner.
- Building evacuation supervisor.

1999-2001          Lance Security          Bronx, NY
**Residential Security Officer**
- Hourly patrol of grounds.
- Daily reports of building maintenance.
- Fire related duties.

1996-1998          Parkchester South Condominium.          Bronx, NY
**N.Y.C. Special Patrolman Officer**
- Hourly patrol.
- Detain and arrest violators of the law.
- Check and report exits for possible egress.
- Detain and arrest violators of the law.
- Visual inspection of standpipe systems.

**Education/Certificates**          College of New Rochelle          Bronx, NY
- One-year college credits.
- Loss Prevention Training.
- Radio Dispatcher.
- Fire Safety Director.
- Bureau for Municipal Police Training.
- N.Y.C. Auxiliary Police Officer.

**Interests**          Weight training, Running, Chess and Basketball.

## NEW YORK STATE DEPARTMENT OF STATE
### DIVISION OF LICENSING SERVICES



GREGORY K BELFIELD

IS DULY REGISTERED AS A

SECURITY GUARD

ID: 10002601960
EXP: 03/14/05

This does not confer NYS Employee Status



NEW YORK STATE

COMMERCIAL
DRIVER LICENSE

ID: 814 018 359

DOB: 10-14-55
BELFIELD, GREGORY, K
288 BUTTRICK AVE PH
BRONX      NY
10465
SEX: M EYES: BR HT: 6-00 CLASS: C
END: HP    REST: L-N2-W
ISSUED: 01-31-01  EXPIRES: 10-14-04

55521110

CERTIFICATE ISSUED BY NYC FIRE DEPT

CARD # 99165155   N

ISSUE DATE 12/12/01

NAME BELFIELD GREGORY K

ADDR. 288 BUTTRICK AVE

#2 BRONX           NY 10465



Fee $ 25           SIGNATURE

CAT.   TYPE   DESCRIPTION              CERT.#    EXPIRE
F44    Fitness FIRE GUARD-SHELTER      80707086  12/12/04
WORK ADDRESS

---

SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

GREGORY K BELFIELD

SIGNATURE



# FIRE DEPARTMENT
9 METROTECH CENTER    BROOKLYN, N.Y. 11201-3857



**NAME:** BELFIELD GREGORY K

**ADDRESS:** 2 FORDHAM HILL OVAL

#10G-BRON   NY   10468

**ISSUE DATE:** 05/25/2004      **N**

| CAT. | TYPE | DESCRIPTION |
|------|------|-------------|
| Z50 | Z Letter | F58 WRITTEN FSD HI-RISE/HOTEL |

RE: Notification of Applicants
      successful on written exam
      FIRE SAFETY DIRECTOR

Dear Sir/Madam:

This is to confirm that      **BELFIELD GREGORY K**      whose photo appears above, passed the written examination, which is the first part of the two-part requirement for certification as a Fire Safety Director.

You will receive a second letter within 6 to 8 weeks which either declare you qualified of the necessary 5 years experience or receive a Not Qualified/Variance Request for    **NO**  On-Site appointments may be made until the final Qualified determination is made by the Fire Department.

Please await further instructions since they will be sent to your home address.  If you move, or have any questions, feel free to contact the Fire Safety Director Coordinator at (718) 999-2473 or write to the above address, COF Unit, Attention: FSD.

**FDNY Seal**

ACI Environmental Safety Training Institute

239 West 29th Street, Ground Floor

New York City, N.Y. 10001 (212) 279-6804

Certificate Number
A7654



*Certification of Training*

This Is To Certify That

# Gregory K. Belfield

Has Successfully Completed The Course Entitled

## Z50 Code Hi-Rise Office & Hotel/Motel Buildings

# Fire Safety Director

Training Compliance Requirement

In Accordance

New York City Fire Department Section 27-4026 Administrative Code

## (NFPA 101, Life Safety Code)

Issued Date: 05/05/04  ID Number: NY040426/FSDZ04



Sam Vasquez, MS
Senior Fire Safety Coordinator



Dena Nieves
Course Coordinator

# SECURITY GUARD TRAINING CERTIFICATE

BE IT HEREBY KNOWN THAT

HAS SUCCESSFULLY COMPLETED THE

GREGORY BELFIELD

# EIGHT HOUR PRE-ASSIGNMENT TRAINING COURSE FOR SECURITY GUARDS

WHICH SATISFIES THE MINIMUM CRITERIA RECOMMENDED BY THE
NEW YORK STATE SECURITY GUARD ADVISORY COUNCIL

CONDUCTED BY
PARKCHESTER SOUTH CONDOMINIUM SECURITY DEPARTMENT
TRAINING ACADEMY
2000 EAST TREMONT AVENUE
THE BRONX, NEW YORK 10462
THIS COURSE CONDUCTED ON
JULY 15, 1996

030 566
SCHOOL CODE

SCHOOL DIRECTOR
HAROLD D. JACKMAN

# Certificate of Award

Parkchester South Condominium Security Department Training Academy

Let it be known that this Certificate of

## Academic Achievement

Is Presented To

S. G. Gregory Belfield

For Successfully Completing

The Mandatory Radio Dispatcher's On-The-Job Training Course

On

July 25, 1996

Sept. 26, 1996

Date

_Director of Security_

_Director of Training_

# Loss Prevention of New York

Be It Known That

## Gregory Belfield

Has successfully completed the course of study in

## Retail Loss Prevention.

Dated this 28th Day of June 1999



Personnel Director

Corporate Officer

# Certificate of Award

Parkchester South Condominium Security Department Training Academy

Let it be known that this Certificate of

## Academic Achievement

Is Presented To

S.G. Gregory Belfield

For Successfully Completing The

New York State Division Of Criminal Justice Services, Bureau For Municipal Police
Mandatory Sixteen Hour On-The-Job Training Course

On

August 16, 1996

Sept. 26, 1996
Date

_Dennis B. Curl_
Directory of Security

_signature_
Director of Training