# Department of State
### Division of Licensing Services
## Licensee Information

**ID Number:** 10002601960

**Name:** BELFIELD GREGORY K

**Business Name:** NOT APPLICABLE

**Business Address:** NOT APPLICABLE

**County:** NOT APPLICABLE

**License Type:** SECURITY GUARD - UNARMED
**Expires:** 03/14/2007

[ Name Search ] [ Business Name Search ] [ ID Search ]
[ Licensee Search Menu ]

[ Division of Licensing Services Home Page ] [ NYS Department of State Home Page ]

http://appsext5.dos.state.ny.us/lcns_public/bus_name_inq_frm?p_record_id=010016731          11/01/2006

## ABSENCE/TARDINESS REPORT

Gregory Belphelo

| BUILDING | EMPLOYEE | DAY | DATE | REPLACEMENT | REMARKS |
|---|---|---|---|---|---|
| W57 | | Wed | 7/26/06 | | 45 min late |
| | | Thurs | 7/27/06 | | 55 min late |
| | | Fri | 7/28/06 | | 30 min late |
| | | Mon | 7/31/06 | | 45 min late |
| | | Wed | 8/2/06 | | 30 min late |
| | | Wed | 8/9/06 | | 30 min late |
| | | Fri | 8/11/06 | | 45 min late |
| | | Mon | 8/28/06 | | off |
| | | Mon | 9/11/06 | | 1 hr late |
| | | Mon | 9/4/06 | | off |
| | | Tues | 9/5/06 | | 1 hr late |
| | | Fri | 9/15/06 | | 1 hr late |
| | | Mon | 10/2/06 | | 30 min late |
| | | Mon | 10/9/06 | | 1 hr late |
| | | Wed | 11/15/06 | | 30 min late |
| | | Thurs | 11/16/06 | | 30 min late |
| | | Mon | 11/20/06 | | 1:30 late |
| | | Tues | 12/12/06 | | left at 12:30 pm 3.5 hrs off |
| | | Thurs | 12/28/06 | | 30 min late |
| | | Fri | 12/29/06 | | 30 min late |
| | | Tues | 1/2/07 | | 30 min late |
| | | Mon | 1/8/07 | | called sick 1 hr before tour |
| | | Tues | 1/9/07 | | sick |

Page #2

## ABSENCE/TARDINESS REPORT

BUILDING: 145 w 57 St

| EMPLOYEE | DAY | DATE | REPLACEMENT | REMARKS |
|---|---|---|---|---|
| Gregory Belgrew | Thurs | 1/11/07 | Supply | Sick |
| | Fri | 1/12/07 | | 30 mins late Sent home at 10:30 |
| | Mon | 1/15/07 | | Sick |
| | Thurs | 1/18/07 | | 30 mins late |
| | Mon | 1/22/07 | | 1 hr late |
| | Wed | 1/24/07 | | 30 mins late |
| | Tues | 1/30/07 | | 45 mins late |
| | Wed | 1/31/07 | | 1:45 late |
| | Fri | 2/2/07 | | 1:15 late |
| | Wed | 2/7/07 | | 45 mins late |
| | Thurs | 2/8/07 | | 15 mins late |
| | Mon | 2/12/07 | | 1:30 late |
| | Tues | 2/13/07 | | 15 mins late |
| | Wed | 2/14/07 | | Sick |
| | Thurs | 2/15/07 | | 1 hr late |
| | Fri | 2/16/07 | | 1:30 late |
| | Mon | 2/19/07 | | 30 mins late |
| | Tues | 2/20/07 | | 15 mins late |
| | Wed | 2/21/07 | | 30 mins late |
| | Thurs | 2/22/07 | | 15 mins late |
| | Fri | 2/23/07 | | 15 mins late |
| | Mon | 2/26/07 | | 1:30 late |
| | Tues | 2/27/07 | | 30 mins late |

Vinal #3                                    Gregory Bethels

## ABSENCE/TARDINESS REPORT

| BUILDING | EMPLOYEE | DAY | DATE | REPLACEMENT | REMARKS |
|---|---|---|---|---|---|
| 143 W 57 St | | Wed | 2/28/07 | | 45 min Late |
| | | Thurs | 3/1/07 | | 30 min Late |
| | | Fri | 3/2/07 | | 2:30 Late |
| | | Mon | 3/5/07 | | Vac Day |
| | | Tues | 3/6/07 | | Vac Day |
| | | Wed | 3/7/07 | | Vac Day |
| | | Thurs | 3/8/07 | | Vac Day |
| | | Fri | 3/9/07 | | Vac Day |

# ABSENCE/TARDINESS REPORT

Gregory Belfield

| BUILDING | EMPLOYEE | DAY | DATE | REPLACEMENT | REMARKS |
|---|---|---|---|---|---|
| WS 787 | | Fri | 3/16/07 | | 1½ hr late |
| | | Tues | 3/20/07 | | 1½ hr late |
| | | Wed | 3/21/07 | | 1 hr late |
| | | Thurs | 3/22/07 | | 1½ hr late |
| | | Fri | 3/23/07 | | 1 hr late covering for Pittman |
| | | Mon | 3/26/07 | 1515 | 1:15 late |
| | G. Bechien | Tues | 3/27/07 | | 1½ hr late |
| | | Wed | 3/28/07 | | Off - stole motorcycle 1330 not returned |
| WS is 57 | " | Mon | 4/02/07 | Third | Sick - Third covered |
| " | " | Fri | 3/30/07 | Third | Sick - Third covered |
| | | Tues | 4/3/07 | | Notified S/R he would be removed permanently 1 hr late |

# ON GUARD SECURITY SERVICES
### 149 WEST 36th STREET  SECOND FLOOR  NEW YORK, NEW YORK 10018
### TEL. (212) 921-0073        FAX. (212) 244-5898

From:     Director of Operations, On Guard Security Services

To:       Gregory Belfield

Subject:  **FINAL NOTICE RE: EXPIRED LICENSE**

Date:     March 22, 2007


    A recent audit of your personnel folder has revealed that as of this date you have not yet supplied this office with a current and valid copy of your New York State security guard license. It is your responsibility to maintain a current and valid security guard license and to supply a copy of such to your employer. Failure to maintain a current and valid license is cause for termination.

    Please immediately supply a copy of your current valid license to this office at once in order that we can maintain an updated file. **If you fail to maintain a valid New York State license, this office will have no choice but to terminate your services. This is a final notice.**


Mike Meenan
Director of Operations
On Guard Security Services

# ON GUARD SECURITY SERVICES

149 WEST 36th STREET 2ND FLOOR NEW YORK, NEW YORK 10018
TEL. (212) 921-0073          FAX. (212) 244-5898

March 28, 2007

To:      Director, On Guard Security Services

From:   Director of Field Operations, On Guard Security Services

Subject: SUPEVISORY INSPECTION OF 145 WEST 5TTH STREET ON TUESDAY MARCH 27, 2007.

1. On Tuesday March 27, 2007, at approximately 1350 hours, I was present at 145 West 57th Street in order to conduct a supervisory inspection of the site.

2. Upon my arrival, S/O Daryl Grier was present and performing his duties at the lobby security station. At approximately 1400 hours, S/O Grier received a telephone call from S/O Greg Belfied who was scheduled to be present at the site for a 1400 to 2300 tour of duty. S/O Belfield informed S/O Grier that he would be approximately 20 minutes late.

3. At approximately 1435 hours, S/O Belfield arrived at the building and called on duty to the OGSSI office. He then proceeded to go to the first floor locker room and changed in to his uniform. He returned to the security desk and was ready to assume his duties at 1445 hours.

4. S/O Belfied and S/O Grier were presented with copies of the OGSSI Rules and Regulations booklet and they both signed for the copies they received. S/O Belfield was further reinstructed as to proper procedures regarding lateness and for being prepared and in proper uniform at the start of his tour.

Vincent Caracciolo
Director of Field Operations,

# ON GUARD SECURITY SERVICES

149 WEST 36 STREET 2ND FLOOR NEW YORK, N.Y. 10018
TEL. (212) 921-0073        FAX (212) 244-5898

Log # 102 # 125
\# 197

EMPLOYEE: Greg Belfield

DATE/TIME OF VIOLATION: 1500 – 03/12/07

LOCATION OF VIOLATION: 145 west 57th st.

SUMMARY OF VIOLATION:

Called out for excusal

CORRECTIVE ACTION TAKEN:

EMPLOYEE SIGNATURE:

DATE/TIME: 0745 – 03/12/07

MANAGER/SUPERVISOR:

# ON GUARD SECURITY SERVICES

**149 WEST 36th STREET 2ND FLOOR NEW YORK, NEW YORK 10018**
**TEL. (212) 921-0073       FAX. (212) 244-5898**

March 26, 2007

To:     Director, On Guard Security Services

From:   Director of Field Operations, On Guard Security Services

Subject: NOTIFICATION FROM MR. MARK BERONI, SUPERINTENDENT AT 145 WEST 57TH STREET, REGARDING AN ABANDONED SECURITY POST

1. On Monday March 26, 2007, at approximately 1530 hours, I received a telephone call from Mr. Mark Beroni the Superintendent at 145 West 57th Street, who informed me that he, observed the Lobby Security Desk was unmanned from approximately 1515 hours to 1530 hours.

2. At approximately 1315 hours, I received a telephone call from the day tour S/O, Mr. Daryl Grier, who informed me that he had just received a telephone call from S/O Greg Belfield who was scheduled to work a 1400 to 2300 shift at the site. Mr. Grier informed me that S/O Belfield advised him that he would be late and would not arrive at the site until after 1400 hours. I advised Mr. Grier to make a written entry in the site security log book and to notify the On Guard Security Services office when S/O Belfield arrived.

3. . S/O Daryl Grier called me at approximately 1515 hours to advise me that S/O Belfield had arrived at the location and had relieved him. S/O Grier signed off duty and left the building. S/O Belfield took over the post and called the OGSSI office to state that he was present for duty.

4. At approximately 1515 hours, S/O Belfield left the Security desk, unmanned, and went to a locker room area on one of the upper floors in order to change in to his uniform. S/O Belfield did not return to his post until approximately 1530 hours. S/O Belfield did not have any of the building's maintenance personnel cover the post in his absence.

5. S/O Belfield has been advised in the past that he is not to leave his post unmanned and he is to be in uniform and to ready to perform his security officer functions immediately upon the start of his scheduled tour. S/O Belfield received a copy of On Guard Security Services Rules and Regulations manual when he was hired. S/O Belfied and the other employee's who are assigned to 145 West 57th Street will be issued another copy of the Rules and Regulations and will be reinstructed in how to properly perform their duties.

*Vincent Caracciolo*
Vincent Caracciolo
Director of Field Operations,

# ON GUARD SECURITY SERVICES
149 WEST 36th STREET   NEW YORK, NEW YORK 10018
TEL. (212) 921-0073        FAX. (212) 244-5898

Log # 152 PS-103
Command Post # 212

EMPLOYEE: Gregory Belfield

DATE/TIME OF VIOLATION: 04/02/2007 Monday 1115 hrs.

LOCATION OF VIOLATION: 145 West 57 Street

SUMMARY OF VIOLATION: S/o G. Belfield called in sick for a 1400 x 2300 tour. Called in at 1115 hours.

CORRECTIVE ACTION TAKEN: Replaced with Shoda Asamoa Third

EMPLOYEE SIGNATURE: _____

DATE/TIME: 04/02/07 - 1330

MANAGER/SUPERVISOR: _____

# ON GUARD SECURITY SERVICES

149 WEST 36 STREET 2ND FLOOR NEW YORK, N.Y. 10018
TEL. (212) 921-0073          FAX (212)244-5898

Log # 63  pg 1 of 1
Command Log # 150

EMPLOYEE Gregory Belfield

DATE/TIME OF VIOLATION 11-20-06  1500

LOCATION OF VIOLATION 145 W. 57 Street.

SUMMARY OF VIOLATION Late to post 1:30, arrived at 16:30. S/O Anthony covered until his arrival. S/O Belfield did call prior to Toya to report that he would be late.

CORRECTIVE ACTION TAKEN S/O Pittman covered post. And credited O/T

EMPLOYEE SIGNATURE

DATE/TIME 11/20/06  16:30

MANAGER/SUPERVISOR  VC

# ON GUARD SECURITY SERVICES
### 149 WEST 36th STREET   NEW YORK, NEW YORK 10018
### TEL. (212) 921-0073    FAX. (212) 244-5898

Log # __96__

EMPLOYEE __Greg Belfield__

DATE/TIME OF VIOLATION __1/8/07  0800__

LOCATION OF VIOLATION __145 W 57 st__

SUMMARY OF VIOLATION __Called in sick 1hr before his tour. / Late Notification__

CORRECTIVE ACTION TAKEN __Warning__

EMPLOYEE SIGNATURE _____

DATE/TIME __0700  1/8/07__

MANAGER/SUPERVISOR __Kevin Dunn__

*Mr. Greg Belfield*

# MISSION STATEMENT

The purpose of the Employee/Security Officer is not simply to be a physical presence. The Employee/Security Officer must maintain an awareness of what is occurring at all times. If a Employee/Security Officer is engaged in unnecessary conversation, it is possible that the security protection is compromised which may endanger tenants, their visitors or the premises. We must remain mindful that Employee/Security Officers are in constant view of the public including tenants, visitors and building management that have elected to employ our services.

The Employee/Security Officer who appears and acts as a professional will be received with a positive attitude by his/her peers, tenants, and the management. A professional Employee/Security Officer should be pro-active not re-active in responding to the needs of any client. There are many security companies and what sets us apart is the level of service we provide.

Robert Alberts<br>
Security Director

Security Officer's Signature acknowledging receipt of manual:

X *Gregory U. Belfield*

Date received: 3/27/07

**ON GUARD SECURITY SERVICE**

# ON GUARD SECURITY SERVICES

149 WEST 36th STREET  SECOND FLOOR  NEW YORK, NEW YORK 10018
TEL. (212) 921-0073        FAX. (212) 244-5898

From:        Director of Operations, On Guard Security Services

To:          Gregory Belfield

Subject:     Updating Employment Information

Date:        February 10, 2007

A recent audit of your personnel folder has revealed that your New York State security guard license is due to expire on March 14, 2007. It is your responsibility to maintain a current and valid security guard license and to supply a copy of such to your employer. Failure to maintain a current and valid license is cause for termination.

Mike Meenan
Director of Operations
On Guard Security Services