UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREGORY BELFIELD,                              :   ECF
Individually and on Behalf of All Other Persons :   07 Civ. 3920 (BSJ)
Similarly Situated,                            :
                                               :
                    Plaintiffs,                :
                                               :
    -against-                                  :
                                               :
GUARD ALL SECURITY SERVICES, INC.,             :
GUARD-ALL MANAGEMENT SERVICES, INC.,:
ON GUARD SECURITY & INVESTIGATIONS,            :
INC., ON GUARD SECURITY SERVICES, INC.,        :
ROBERT ALBERTS, and                            :
JOHN DOES #1-10, Jointly and Severally,        :
                                               :
                    Defendants.                :
------------------------------------------------------------X



## STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff GREGORY BELFIELD and Defendants GUARD ALL SECURITY SERVICES, INC., GUARD-ALL MANAGEMENT SERVICES, INC., ON GUARD SECURITY & INVESTIGATIONS, INC., ON GUARD SECURITY SERVICES, INC., and ROBERT ALBERTS, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action, and all counter-claims, be dismissed with prejudice and without costs as to Plaintiff GREGORY BELFIELD and be dismissed without costs and without prejudice as to the members of the alleged putative class action and/or collective action other than Plaintiff GREGORY BELFIELD. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than Plaintiff GREGORY BELFIELD.

Dated: New York, New York
September 15, 2007

**LAW OFFICE OF WILLIAM COURDERT RAND**

*/s/ Wm C. R/*

William C. Rand, Esq. (WR 7685)
711 Third Avenue, Suite 1505
New York, New York 100117173
(212) 286-1425
*Attorneys for Plaintiffs*


**KUCZINSKI, VILA & ASSOCIATES, LLP**

Gregory Kuczinski, Esq. (GK 3191)
220 White Plains Road
Tarrytown, New York
Tel. (914) 347-7333  Fax. (914) 347-7395
*Attorneys for Defendants On Guard Security & Investigations, Inc., On Guard Security Services, Inc., and Robert Alberts*


**LAW OFFICES OF JOHN R. McENTEE**

John R. McEntee, Esq. (JM 1028)
33-21 Francis Lewis Blvd.
Flushing, NY 11358
*Attorney for Defendants
Guard All Security Services, Inc. & Guard All Management Services, Inc.*

**SO ORDERED:**

_____
U.S.D.J.
11/6/07

- 6 -